IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00091-PAB-BNB

NICOLE WITTMER,

Plaintiff,

v.

E.I DUPONT,

Defendant.

_____

**ORDER**

_____

The plaintiff commenced this action on January 13, 2014, by filing a letter [Doc. #1] (the "Initial Complaint").  On January 19, 2014, I struck the Initial Complaint and instructed the plaintiff to file an amended complaint that complies with the Federal Rules of Civil Procedure, Local Rules of this court, and my order.  The plaintiff filed Plaintiff's First Amended Complaint on February 11, 2014 (the "Amended Complaint") [Doc. #11].  The Amended Complaint is accepted for filing.  Accordingly,

IT IS ORDERED:

(1)  Plaintiff's First Amended Complaint [Doc. #11] is accepted for filing;

(2)  On or before **June 11, 2014**, the plaintiff shall effect service upon the defendant pursuant to Rule 4, Fed. R. Civ. P.;

(3)  The plaintiff shall file proof of service with the court on or before **June 16, 2014**, pursuant to Rule 4, Fed. R. Civ. P.; and

(4)  Failure to comply with this order may result in dismissal of the Amended Complaint.

Dated February 19, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge