## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00091-PAB-BNB

NICOLE WITTMER,

    Plaintiff,

v.

DuPONT,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 39] of United States District Judge Philip A. Brimmer entered on December 23, 2014, it is

    **ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 36] is **ACCEPTED**.  It is further

    **ORDERED** that defendant's Motion to Dismiss Wittmer's First Amended Complaint [Docket No. 16] is **GRANTED**.  It is further

    **ORDERED** that judgment is hereby entered in favor of defendant DuPont and against plaintiff Nicole Wittmer.  It is further

    **ORDERED** that defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

    **ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 29th day of December, 2014.

          FOR THE COURT:
          JEFFREY P. COLWELL, CLERK

    By:  s/   Jennifer Hawkins
          Deputy Clerk